UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, THE STATES OF DELAWARE, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MONTANA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, WISCONSIN and THE DISTRICT OF COLUMBIA *ex rel.* NPT ASSOCIATES,<br><br>Plaintiff-Relator<br><br>v.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS et al.,<br><br>Defendants. | NO 07-CV-5696-ALC-RLE<br><br><br><br>1-12-16 |

## ~~PROPOSED~~ ORDER

In accord with 31 U.S.C. § 3730(b)(2), the Relator's motion (Dkt. 102) requesting permission to file, under seal, the Fourth Amended Complaint under the False Claims Act is **GRANTED**. Relator shall immediately file, under seal, the Fourth Amended Complaint. The prior briefing schedule set by the Court for Defendant's motion to dismiss is vacated, and the Court shall set a new schedule at such time as the Court unseals the Fourth Amended Complaint.

ORDERED in New York, New York, January 12, 2016

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE