USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/3/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

UNITED STATES OF AMERICA ex rel. NPT ASSOCIATES,

                        Plaintiffs,      07-cv-5696

       -against-                         **ORDER**

LABORATORY CORP. OF AMERICAN HOLDINGS et al,

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The parties should submit a joint status report by June 10, 2020.

**SO ORDERED.**

**Dated:**  June 3, 2020

   New York, New York                      **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**