USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___August 16, 2021___

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA EX REL.**
**NPT ASSOCIATES,**

                                    **Plaintiff,**

                    **-against-**

**LABORATORY CORPORATION OF**
**AMERICA HOLDINGS ET AL,**

                                    **Defendant.**

**07-cv-5696 (ALC) (SDA)**

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties most recent status letter states that the United States Attorney's Office has completed its investigation and indicated to NPT that it was declining to intervene in this matter. To date, the Government has not formally notified the Court that it was declining to intervening in this matter. The Government shall update the Court on whether it intends to intervene in this matter by August 30, 2021.

**SO ORDERED.**

Dated:     August 16, 2021
           New York, New York

_____
     **ANDREW L. CARTER, JR.**
     **United States District Judge**