USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 20, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA *ex rel.* NPT ASSOCIATES,

                **Plaintiff-Relator,**

-against-

LABORATORY CORPORATION OF AMERICA HOLDINGS ET AL.,

                **Defendants.**

07-cv-5696 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    Upon consideration of the August 24, 2021 letter (ECF No. 154) submitted by the United States and the June 10, 2020 joint status report (ECF No. 152), it is hereby ORDERED that the Fourth Amended Complaint shall be unsealed and service upon the Defendants is authorized. The status reports submitted under seal by the Plaintiff-Relator after the filing of the Fourth Amended Complaint shall remain under seal.

**SO ORDERED.**

Dated:    October 20, 2021
             New York, New York

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**