# JONES DAY

250 VESEY STREET • NEW YORK, NEW YORK 10281.1047

TELEPHONE: +1.212.326.3939 • FACSIMILE: +1.212.755.7306

Direct Number: (212) 326-8367
rmuttreja@jonesday.com

November 8, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/9/2021
```

VIA CM/ECF

Judge Stewart D. Aaron
U.S. District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 1970
New York, NY 10007

      Re: *U.S. ex rel. NPT Associates v. Laboratory Corporation of America Holdings* (No. 07-cv-5696-ALC-SDA)

Dear Judge Aaron:

  On behalf of Defendant Laboratory Corporation of America Holdings ("LabCorp"), I write to request a thirty-day extension of LabCorp's deadline for responding to the Fourth Amended Complaint (the "FAC") in the above-captioned action. In this *qui tam* suit, Relator NPT Associates alleges multiple theories through which LabCorp purportedly violated the federal False Claims Act and fifteen state-law analogs.

  Relator filed the FAC under seal in January 2016, after Judge Carter granted LabCorp's September 2013 motion to dismiss the Third Amended Complaint. *See* Dkt. 103, 104. The FAC then remained under seal for nearly six years until it was unsealed, as directed by Judge Carter, on October 27, 2021. *See* Dkt. 156. Under Rule 15, LabCorp's deadline for responding to the FAC is currently November 10, 2021. LabCorp's proposed extension will move the deadline to December 10, 2021.

  This is LabCorp's first request to extend this deadline. LabCorp's proposed extension—which LabCorp requests in light of the complexity of the issues presented, counsel's deadlines in other matters, and the long dormancy of this matter—will not affect any other scheduled dates. Counsel for LabCorp emailed Relator's counsel on November 3, 2021, and again on November 5, 2021, asking for consent to this proposed extension, but has not yet received a response.

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO • SAN FRANCISCO
SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

Judge Stewart D. Aaron
November 8, 2021
Page 2

Very truly yours,

*/s/ Rajeev Muttreja*

Rajeev Muttreja

cc: All counsel of record

Due to the impending 11/10/2021 deadline, as a courtesy, Defendant's Letter Motion (ECF No. 157) is GRANTED IN PART and DENIED IN PART. Defendant's deadline for responding to the FAC hereby is extended to 11/24/2021. No later than 11/12/2021, Plaintiff shall show cause why Defendant's time to respond to the FAC should not be extended until 12/12/2021 (*i.e.*, the date requested by Defendant in its letter motion. SO ORDERED.
Dated: 11/9/2021