| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **SOUTHERN DISTRICT OF NEW YORK** <br> ------------------------------------------------------------ x <br> **UNITED STATES OF AMERICA ex rel.** <br> **NPT ASSOCIATES,** <br><br>      **Plaintiff-Relator,** <br><br>     -against- <br><br> **LABORATORY CORPORATION OF** <br> **AMERICA HOLDINGS,** <br><br>      **Defendant.** <br> ------------------------------------------------------------ x | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC#: _____ <br> DATE FILED: Dec. 22, 2021 <br><br> 07-cv-5696 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

  The Court is in receipt of Defendant's December 13, 2021 letter requesting a pre-motion conference for a motion to dismiss the Fourth Amended Complaint. ECF No. 161. To date, Plaintiff-Relator has yet to respond. Plaintiff-Relator is hereby ordered to respond no later than **December 28, 2021**.

**SO ORDERED.**

Dated:  **December 22, 2021** <br>
    **New York, New York**

                      */s/ Andrew L. Carter, Jr.*
                      **ANDREW L. CARTER, JR.**
                      **United States District Judge**