UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

UNITED STATES OF AMERICA ex rel.
NPT ASSOCIATES,

          Plaintiff-Relator,

          -against-

LABORATORY CORPORATION OF
AMERICA HOLDINGS,

          Defendant.

---------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: January 6, 2022

07-cv-5696 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of the Parties' submissions regarding Defendant's request for a pre-motion conference for an anticipated motion to dismiss the Fourth Amended Complaint. ECF Nos. 161 and 163. Defendant's request for a pre-motion conference is DENIED. Defendant is GRANTED leave to file a motion to dismiss. The Court sets the following briefing schedule:

      Opening brief due by February 3, 2022

      Opposition brief due by March 3, 2022

      Reply brief due by March 17, 2022

**SO ORDERED.**

**Dated:**   **January 6, 2022**
          **New York, New York**

*/s/ Andrew L. Carter, Jr.*

          **ANDREW L. CARTER, JR.**
          **United States District Judge**