**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA, THE STATES
OF DELAWARE, HAWAII, ILLINOIS,
INDIANA, LOUISIANA, MONTANA, NEW
HAMPSHIRE, NEW JERSEY, NEW MEXICO,
NORTH CAROLINA, OKLAHOMA, RHODE
ISLAND, TENNESSEE, WISCONSIN, and THE
DISTRICT OF COLUMBIA ex rel.
NPT ASSOCIATES,

       Plaintiff-Relator,

 -against-             07 **CIVIL** 5696 (ALC)

                 **<u>JUDGMENT</u>**

LABORATORY CORPORATION OF
AMERICA HOLDINGS ET AL.,

       Defendants.
------------------------------------------------------------X

 It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 29, 2022, Defendant LabCorp's Motion to Dismiss is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

   October 5, 2022

                   **RUBY J. KRAJICK**

                   _____
                   **Clerk of Court**

           **BY:** *K. Mango*
                   _____
                   **Deputy Clerk**